Case 2:25-cr-00265-GMN-BNW   Document 3   Filed 09/04/25   Page 1 of 3

PROB22
(12/2016)

```
                                    FILED        RECEIVED
                                    ENTERED      SERVED ON
                                    AUG 28 2025
                                    CLERK, U.S. DISTRICT COURT
                                    DISTRICT OF NEVADA
                                    BY:  AMMi  DEPUTY
```

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court): 5:22CR00278-001 |
| --- | --- |
| | DOCKET NUMBER (Rec. Court): 2:25-cr-00265-GMN-BNW-1 |

| NAME AND ADDRESS OF SUPERVISED PERSON: Derrick Lamar Patton | DISTRICT: Southern District of Texas | DIVISION: Laredo |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE: Honorable Diana Saldaña | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 07/02/2025 — To: 07/01/2028 |

OFFENSE:

Conspiracy to transport and attempt to transport undocumented aliens within the United States by means of transportation and otherwise, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Mr. Patton maintains familial ties to the District of Nevada and has no intention to return to Laredo, Texas.

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 25, 2025
Date

Honorable Diana Saldaña
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the District of Nevada – Las Vegas Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 4, 2025
Effective Date

Honorable
United States District Judge

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Derrick Lamar Patton

CASE NO.: TO BE DETERMINED

REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

August 26, 2025

TO:    The Honorable United States District Judge
         District of Nevada

On November 16, 2022, Patton was sentenced in the Southern District of Texas to 27 months custody, followed by three years of supervised release for committing the offense of Conspiracy to Transport and Attempt to Transport Undocumented Aliens within the United States by means of Transportation or Otherwise. Supervised release commenced in the District of Nevada on July 2, 2025.

Patton has resided in Nevada since commencement of supervised release. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction. The probation form 22 is attached for the court's review.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

*Brianna King*
Digitally signed by Brianna King
Date: 2025.08.28 15:26:55 -07'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Derrick Lamar Patton

Approved:

_____
Digitally signed by Steve Goldner
Date: 2025.08.26 16:12:34 -07'00'

Steve M Goldner
Supervisory United States Probation Officer