RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Derrick Lamar Patton

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DERRICK LAMAR PATTON,<br><br>            Defendant. | Case No. 2:25-cr-00265-GMN-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Derrick Lamar Patton, that the Revocation Hearing currently scheduled on November 13, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    According to the Petition for Summons for Offender Under Supervision[1], Mr. Patton was arrested for the charges of Domestic Battery and Simple Intimidation, in violation

---

[1] ECF. 10.

of NRS 200.485.1A.  Both charges are misdemeanor charges.[2]  Mr. Patton's arraignment for these charges is scheduled for November 18, 2025 at the North Las Vegas Justice Court.[3]

2. Counsel for the defendant need additional time to conduct an investigation into these charges, interview possible witness, and prepare the defendant for the final revocation hearing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 12th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Steven Rose<br>STEVEN ROSE<br>Assistant United States Attorney |

---

[2] ECF. 10.
[3] Id.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRICK LAMAR PATTON,<br><br>　　　　Defendant. | Case No. 2:25-cr-00265-GMN-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 13, 2025 at 11:00 a.m., be vacated and continued to January 20, 2026 at the hour of 11:00 a.m.

　　　DATED this 12 day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE