# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRICK LAMAR PATTON,<br><br>　　　　Defendant. | Case No. 2:25-cr-00265-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 20, 2026 at 11:00 a.m., be vacated and continued to  March 4, 2026  at the hour of 11:00 a.m.

　　DATED this  13  day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE